𝕽𝖎𝖈𝖍𝖒𝖔𝖓𝖉.

MOOMAW AND OTHERS V. NORFOLK AND WESTERN RAILWAY COMPANY AND OTHERS.

January 24, 1918.

(Rehearing refused, Wytheville, June 13, 1918.)

*T. W. Miller, S. C. McNulty, M. M. Caldwell, Jackson & Henson,* and *H. M. Moomaw,* for the appellants.

*Roy B. Smith, Everett Perkins, L. H. Cocke, Staples & Cocke,* and *W. W. Coxe,* for the appellees.

BURKS, J., delivered the opinion of the court.

This is an appeal from a decree of the Circuit Court of Montgomery county involving the correctness of the same decree reviewed in the case of *McClanahan's Administrator* v. *Norfolk & Western Railway Company, ante,* p. 705, in which an opinion has just been handed down. The two appeals were heard together, and all the questions raised in this case were decided in that, with the result that the decree appealed from must be affirmed.

*Affirmed.*